Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Patrick, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Christian Dominguez

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christian Dominguez,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T.D. Bank, N.A.<br><br>　　　　Defendant. | Case No.: 2:23-cv-00616-MEMF-E<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT TD BANK |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　**PLEASE TAKE NOTICE THAT** plaintiff Christian Dominguez and defendant T.D. Bank, N.A. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of T.D. Bank, N.A. within 45 days once the settlement is finalized.

　　　　　　　　　　　　　　　　　　**Gale, Angelo, Johnson, & Patrick, P.C.**

Dated: May 25, 2023　　　　　　　　/s/ *Joe Angelo*
　　　　　　　　　　　　　　　　　　Joe Angelo
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

NOTICE OF SETTLEMENT - 1