UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| CHRISTIAN DOMINGUEZ, | Case No.: 2:23-cv-00616-MEMF-E |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| TD BANK, N.A. | |
| Defendant. | |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, TD Bank, N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:

Hon. Maame Ewusi-Mensah Frimpong

UNITED STATES DISTRICT JUDGE